Shounka Jordan
Mailing list + Creditors
3 pages

Case # 14-60029

1) Acs Dept. of education Acct# 3845
501 Bleeker St.
Utica, NY 13501

2) Carter Young Inc. Acct# 5796
P.O. Box 82269
Conyers, GA 30013

3) Cavalry Portifolio Acct# 1450
500 Summit Lake Dr.
Ste. 4A Valhalla, NY 10595

4) Cavalary Portifolio Acct# 6949
P.O. Box 27288
Tempe, AZ 85285

5) Cawley Bergmann LLP Acct# 4282
117 Kinder Kamack Rd
Ste 201 River Edge, NJ
07661

6) Chase Acct# 3854
P.O. Box 7013
Indianapolis IN. 46207

1)

7) Cit. Finacial Acct# 3713, Acct# 1611
605 Munn Rd C/S ~~Cards~~ Care Dept.
Fort Mill, SC 29715

8) Comenity Bank Acct# 566 387 036
P.O. Box 182 789
Colombus, OH 43218

9) Constellation Acct# 80431284514
P.O. Box 105223
Atlanta GA, 30348

10) Credit Collection Serv. Acct# 3703
P.O. Box 9134
Needham MA 02494

11) Credit Control LLC Acct# 9500098
5757 Phantom DR
Ste 330 Hazelwood, MO 63042

12) Dekalb County Watershed Acct# 5987627
P.O. Box 1027
Decatur GA 30031

Direct Charge Acct# 3120
1112 7th AVE
Monroe, WI 53566

13) Enhanced Recovery Acct #6453, 3166
8014 BayBerry
Jacksonville FL 32256

14) Fed. Loan Servicing Acct# 3845
P.O. Box 69184
Harrisburg, PA 17106

15) Emory Johns Creek Hospital Acct # 3329, #4053
P.O. Box 742436
Atlanta, GA 30374

16) Frist Medical Care Acct# 26990
2536 Lawrenceville Hwy
Decatur GA, 30033

17) Global Tel Link Acct# 6783558634
P.O. Box 912234
Denver CO 80291

18) Gwinnett Medical Center Acct# 1119
P.O. Box 116228
Atlanta GA 30368

2)

19) Ic Systems Collections Acct# 0372
P.O. Box 64378
Saint Paul MN, 55164

20) Magistrat Court of DeKalb  Acct# 09M65429
556 N. Mcdonough St   Acct# 13D60249
Decatur GA 30030

21) Mcathy Burges Wolf  Acct# 26212-58919-00001
26000 Cannon Road
Clevenland, Ohio 44146

22) Midnight Velvet # 3550
1112 7th Ave
Monroe, WI 53566

23) NCC Business Services Acct# 6119
3733 University Blvd W
Ste 300  Jacksonville FL. 32217

24) NCO Finacial Acct# 0653
P.O. Box 15636
Wilmington DE 19850

25) North Atlanta Women· Acct# J38354
5780 Peachtree Dunwoody Rd
Ste 300 Sandy Springs GA 30342

26) North Side Hospital Acct#'s ,0125, 5901, 0740 1289
PO Box 105346    Acct's   0788, 1639
Atlanta GA, 30348

27) Notte Kreyling P.C.  Acct# 4037
11770 Haynes Bridge 205-104
Alpharetta GA 30009

28) Patient Accounts Acct# 1227113
P.O. Box 279
Norcross, GA 30091

29) Revenue Cycle Solution Acct# A2796
2651 Warrenville Rd Ste 500
Downers Grove IL 60515

30) RJM Acquistion LLC Acct# 211R01020
575 Underhill Blvd. Ste 224
Syosset, NY 11791

3)

31) Santander Consumer Acct# 90839
    8585 N. Stemmons Fwy
    Ste 1000 Dallas TX 75247

32) Seventh Ave. Acct# 3570
    1112. 7th Ave
    Monroe WI 53566

33) Bank of America Acct# 1052965919703
    4161 Piedmont Pkwy.
    Greensboro, NC 27410

34) Constar Financial Services Acct# 1239468
    3561 W Bell Rd
    Phoenix AZ 85053

35) Revenue Recovery Acct# 9872834037
    2500 Patrick Henry Parkway
    BIN 80002
    Mcdonough GA 30253